

**NUMBER 13-11-00630-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**WILLIAM BRANDON PITCHFORD,**            **Appellant,**

**v.**

**THE STATE OF TEXAS,**            **Appellee.**

---

**On appeal from the 252nd District Court
of Jefferson County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Counsel for appellant filed a motion to dismiss his appeal. In a signed attachment, appellant states that he no longer wishes to pursue his appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we

grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 5th
day of January, 2012.